Jerry A. **BRENDEN**, Plaintiff–Appellant,

v.

**SELLEN CONSTRUCTION,** Defendant–Appellee.

No. 05–35606.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2006.*

Filed June 9, 2006.

Jerry A. Brenden, Eugene, OR, pro se.

Michael H. Weier, Esq., Reinisch Weier & MacKenzie, Seattle, WA, for Defendant–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

### MEMORANDUM **

A review of the record and appellant's responses to this court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.